Andres Leroy GLENN, Plaintiff–
Appellant,

v.

Gwen RICHARDSON, Defendant–
Appellee.

No. 14–1739.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 23, 2014.

Decided: Sept. 25, 2014.

Andres Leroy Glenn, Appellant Pro Se.

Before NIEMEYER and GREGORY,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Andres Leroy Glenn seeks to appeal the
district court's order adopting the magis-
trate judge's recommendation to dismiss
without prejudice Glenn's civil complaint.
We dismiss the appeal for lack of jurisdic-
tion because the notice of appeal was not
timely filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).

"[T]he timely filing of a notice of appeal in
a civil case is a jurisdictional requirement."
*Bowles v. Russell,* 551 U.S. 205, 214, 127
S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered
on the docket on May 19, 2014. The notice
of appeal was filed on July 22, 2014, sixty-
four days later. Because Glenn failed to
file a timely notice of appeal or to obtain
an extension or reopening of the appeal
period, we dismiss the appeal. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*DISMISSED.*